# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TRUDY BLOUGH,<br><br>       Plaintiff,<br><br>v.<br><br>BCD TRAVEL USA, LLC.<br><br>       Defendant. | Civil Action No. 1:23-cv-01024-SES<br><br>(Hon. Susan E. Schwab) |

## DEFENDANT'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for BCD Travel USA LLC ("BCD"), in the above-captioned action, certifies that there are no parents, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public.

                                                         Respectfully submitted,

                                                         */s/ Claire McGee*
                                                         Claire McGee (PA 320491)
                                                         **LITTLER MENDELSON, P.C.**
                                                         625 Liberty Avenue
                                                         26th Floor
                                                         Pittsburgh, PA  15222
                                                         Telephone: 412.201.7603
                                                         Fax: 412.592.0961
                                                         cmcgee@littler.com

                                                         Attorneys for Defendant

Dated: September 11, 2023

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 11th day of September 2023, a true and correct copy of the Defendant's Corporate Disclosure Statement was served and filed using the Middle District of Pennsylvania's ECF system, through which this document is available for viewing and downloading, causing a notice of electronic filing to be served upon the following counsel of record:

Carmen D. Caruso, Esquire
Xiaoyin Coa, Esquire
William B. Whitner, Esquire
**Carmen D. Caruso Law Firm**
77 West Washington St., Ste 1900
Chicago, IL 60602

Gary D. Abrams, Esquire
**Gary D. Abrams and Associates, Ltd.**
55 West Monroe Street, Ste 1200
Chicago, IL 60603

Ronald L. Finck, Esquire
**Mette, Evans & Woodside, P.C.**
3401 N. Front Street
P.O. Box 5950
Harrisburg, PA 17110

　　　　　　　　　　　　　　　　　　　*/s/ Claire McGee*
　　　　　　　　　　　　　　　　　　　Claire McGee