# IN THE UNITED STATES DISTRICT COURT

# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| __TRUDY BLOUGH__  ) <br> ) <br>   vs.   ) <br> __BCD TRAVEL USA, LLC__  ) <br> ) | Civil Action No.  2;23 -cv-01979-MPK <br><br> or <br><br> Criminal Action No. _____ |

## DISCLOSURE STATEMENT

     Pursuant to LCvR 7.1 of the Western District of Pennsylvania and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for _____,in the above captioned action, certifies that the following are parents, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public:

or

     Pursuant to LCvR 7.1 of the Western District of Pennsylvania and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for _____Trudy Blough_____, in the above captioned action, certifies that there are no parents, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public.

  __January 30, 2024__           __/s/ Kathryn L. Simpson, Esquire__
Date                              Signature of Attorney or Litigant

## CERTIFICATE OF SERVICE

I certify that I am this day serving a copy of the foregoing **Disclosure Statement** upon the person(s) below, as follows:

Via ECF:

Claire McGee, Esquire
cmcgee@littler.com
*Counsel for Defendant, BCD Travel USA, LLC*

Via U.S. Mail and/or electronic mail:

Carmen D. Caruso, Esquire
Xiaoyin Coa, Esquire
William B. Whitner, Esquire
Carmen D. Caruso Law Firm
77 West Washington St., Ste 1900
Chicago, IL  60602

Gary D. Abrams, Esquire
Gary D. Abrams and Associates, Ltd.
55 West Monroe Street, Ste 1200
Chicago, IL  60603

Respectfully submitted,

**METTE, EVANS & WOODSIDE**

By: *Kathryn L. Simpson*
KATHRYN L. SIMPSON, ESQUIRE
Sup. Ct. I.D. No. 28960
3401 North Front Street
P. O. Box 5950
Harrisburg, PA  17110-0950
(717) 232-5000 – Phone
(717) 236-1816 – Fax
klsimpson@mette.com
*Attorneys for Plaintiff, Trudy Blough*

Date:  January 30, 2024