IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TRUDY BLOUGH,<br><br>        Plaintiff,<br><br>v.<br><br>BCD TRAVEL USA LLC,<br><br>        Defendant. | Civil Action No. 2:23-cv-01979-MPK<br><br>Hon. Maureen P. Kelly<br><br>Re: ECF No. 42 |

**ORDER**

AND NOW, this 17th day of September, 2024, upon consideration of the Parties' Joint Motion to Extend Discovery Deadline for the Limited Purpose of Conducting Certain Depositions, it is hereby ORDERED that the Motion is GRANTED. Discovery is extended for the limited purpose of the depositions of Mike Janssen, Andy Menkes, and Jorge Cruz to October 11, 2024 and the post-discovery status conference will be conducted on 10/28/24 at 9:00 a.m. Conference previously scheduled for 9/23/24 is cancelled.

                                                            _____
                                                            MAUREEN P. KELLY
                                                            UNITED STATES MAGISTRATE JUDGE

4887-7528-5218.1