# EXHIBIT 2

# McCombs, Katelyn

| | |
|---|---|
| **From:** | McCombs, Katelyn |
| **Sent:** | Friday, March 14, 2025 11:40 AM |
| **To:** | Kathryn Simpson |
| **Cc:** | Phillis, Mark T. |
| **Subject:** | Re: Delay |

Kathi,

As we have to provide an update to the Court today regarding the status of the outstanding document production, please let us know the timing on the production of Plaintiff's cell phone contents as soon as possible. If we do not hear from you by 3:00 p.m. today, I will email the Clerk, copying you, to advise that we have not yet received the cell phone production and that you have not provided a time frame for the production.

Best,
Katelyn


Katelyn W. McCombs
Littler Mendelson, P.C.
(704) 433-7078

> On Mar 12, 2025, at 8:36 PM, McCombs, Katelyn <KMcCombs@littler.com> wrote:
>
> Kathi,
>
> Following up on this. Please advise as soon as possible the status regarding Plaintiff's cell phone contents. We are due to provide an update to the Court this week per Judge Kelly's Law Clerk's February 12 email.
>
> Best,
> Katelyn
>
> **Katelyn McCombs**
> Attorney at Law
> 412.201.7641 direct, 704.433.7078 mobile, 412.774.2296 fax
> KMcCombs@littler.com
>
> Pronouns: She/Her
>
>
> <image001.png>
>
>
> <image002.png>

1

Labor & Employment Law Solutions | Local Everywhere
One PPG Place, Suite 2400, Pittsburgh, PA 15222

**From:** McCombs, Katelyn
**Sent:** Thursday, March 6, 2025 1:37 PM
**To:** Simpson, Kathryn <klsimpson@mette.com>
**Cc:** Phillis, Mark T. <MPhillis@littler.com>
**Subject:** RE: Delay

Kathi,

Can you please advise on the status of the production of Plaintiff's cell phone contents? We have not heard from you, and per our last communication, the data extraction was set to take place last Friday, on February 28.

Thanks,
Katelyn

**Katelyn McCombs**
Attorney at Law
412.201.7641 direct, 704.433.7078 mobile, 412.774.2296 fax
KMcCombs@littler.com

Pronouns: She/Her


<image001.png>


<image002.png>

Labor & Employment Law Solutions | Local Everywhere
One PPG Place, Suite 2400, Pittsburgh, PA 15222

**From:** McCombs, Katelyn
**Sent:** Thursday, February 20, 2025 4:57 PM
**To:** Simpson, Kathryn <klsimpson@mette.com>
**Cc:** Phillis, Mark T. <MPhillis@littler.com>
**Subject:** RE: Delay

Thanks for letting me know, Kathi.

**Katelyn McCombs**
Attorney at Law
412.201.7641 direct, 704.433.7078 mobile, 412.774.2296 fax
KMcCombs@littler.com

Pronouns: She/Her

Labor & Employment Law Solutions | Local Everywhere
One PPG Place, Suite 2400, Pittsburgh, PA 15222

**From:** Simpson, Kathryn <klsimpson@mette.com>
**Sent:** Thursday, February 20, 2025 4:53 PM
**To:** McCombs, Katelyn <KMcCombs@littler.com>
**Subject:** Delay

**[EXTERNAL E-MAIL]**

Hi Katelyn.  There was an unexpected delay in the data extraction process today.  It has been rescheduled for 2/28.  I apologize for the delay but we are working toward making this date absolute and I will be back in touch as soon as that is complete.  I am truly hoping that there are no further delays.

Kathi

**Kathryn Lease Simpson**
**Managing Partner**

<image003.jpg>

3401 North Front Street, P.O. Box 5950, Harrisburg, PA 17110-0950
T: (717) 231-5221 (direct)
C: (717) 503-4684
E: klsimpson@mette.com
W: www.mette.com

3