# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TRUDY BLOUGH,<br><br>    Plaintiff,<br>v.<br><br>BCD TRAVEL USA LLC.<br><br>    Defendant. | Civil Action No. 2:23-cv-01979-MPK<br>Hon. Maureen P. Kelly<br><br>*Electronically Filed* |

## **[PROPOSED] ORDER**

AND NOW, this the _____ day of _____, 2025, upon consideration of Defendant BCD Travel USA LLC's ("Defendant") Motion Requesting a Telephonic Status Conference to address the delayed production of Plaintiff's cell phone records and to set a deadline for production of same, it is hereby ORDERED that Defendant's Motion is GRANTED. The telephonic status conference is to be held on _____, 2025 at _____.

                  _____
                  Hon. Maureen P. Kelly
                  United States Magistrate Judge