IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TRUDY BLOUGH, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 23-1979 |
| | ) | Magistrate Judge Maureen P. Kelly |
| v. | ) | |
| | ) | |
| BCD TRAVEL USA, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**HEARING MEMO**

HEARING HELD:  Telephonic Status Conference
DATE HEARING HELD:  August 4, 2025
BEFORE: Magistrate Judge Maureen P. Kelly

Appearing for Plaintiff:
Kathryn L. Simpson, Esq.
Gary D. Abrams, Esq.

Appearing for Defendant:
Katelyn McCombs, Esq.
Mark T. Phillis, Esq.

Hearing began at 9:30 AM

Hearing concluded at 10:00 AM

Stenographer:  None

OUTCOME:

1. Reviewed matters discussed during 5/6/25 telephone status conference.

2. Updated provided as to completion of cell phone extraction.

3. Fact discovery has been completed.

4. Court inquired as to interest of the parties in returning to mediation at this stage of case. Plaintiff to provide written demand to defense counsel by 8/15/25.

5. Plaintiff and Defendant anticipate filing motions for summary judgment. Reviewed summary judgment filing deadlines.  Separate scheduling order will be issued.

6. Court will enter order approving Joint Stipulation relative to authenticity of text messages.