IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TRUDY BLOUGH,<br><br>　　　　Plaintiff,<br><br>v.<br><br>BCD TRAVEL USA LLC.<br><br>　　　　Defendant. | Civil Action No. 2:23-cv-01979-MPK<br><br>Hon. Maureen P. Kelly<br><br>*Electronically Filed*<br><br>Re: ECF No. 65 |

### ORDER APPROVING JOINT STIPULATION REGARDING THE AUTHENTICITY OF TEXT MESSAGES

Plaintiff Trudy Blough and Defendant BCD Travel USA, LLC (collectively, the "Parties"), having met and conferred and upon determining that good cause exists for the following, hereby stipulate as follows:

1.　Text messages produced by Plaintiff to Defendant in this action, including those labeled TB0000208 to TB0018096, shall be deemed authentic for the purposes of this lawsuit only, absent affirmative evidence that a text message produced by Plaintiff is not what it purports to be.

2.　Specifically, the Parties stipulate that the text messages produced by Plaintiff which identify Plaintiff as a sender of the message are messages that were sent or received by Plaintiff.

3.　Absent affirmative evidence that a text message produced by Plaintiff is not what it purports to be, Plaintiff agrees that, for purposes of Rule 901 of the Federal Rules of Evidence, Plaintiff will not contest the authenticity of any text message produced by Plaintiff, including any true and correct copy thereof.

4.　In the event that a dispute arises regarding the authenticity of a document, the Parties agree to meet and confer in good faith promptly about the authenticity of such document(s) and, if necessary, to expedite any related motions for resolution by the Court.

1

THE PARTIES HEREBY STIPULATE AND AGREE TO THE TERMS OF THE FOREGOING STIPULATION AND TO ITS ENTRY BY THE COURT AS AN ORDER OF THE COURT.

Respectfully submitted,

/s/ Kathryn L. Simpson
Kathryn L. Simpson (PA No. 28960)
klsimpson@mette.com
METTE, EVANS & WOODSIDE, P.C.
3401 N. Front Street
P.O. Box 5950
Harrisburg, PA 17110
PH:  717.232.5000
FAX:  717.236.1816

Gary D. Abrams (IL No. 00050101L)
Gda2164@gmail.com
GARY D. ABRAMS & ASSOCIATES, LTD
55 West Monroe Street
Chicago, IL 60603
PH: 312.263.4085

*Attorneys for Plaintiff*
*Trudy Blough*

/s/ Katelyn W. McCombs
Mark T. Phillis (PA No. 66117)
mphillis@littler.com
Katelyn W. McCombs (PA No. 323746)
kmccombs@littler.com

LITTLER MENDELSON, P.C.
One PPG Place, Suite 2400
Pittsburgh, PA 15222
PH: 412.201.7636 /7641
FAX: 412.774.3756

*Attorneys for Defendant*
*BCD Travel USA LLC*

Dated: August 1, 2025

IT IS SO ORDERED, this 4th day of August, 2025.

BY THE COURT:

_____
MAUREEN P. KELLY
UNITED STATES MAGISTRATE JUDGE

4935-2122-6329 / 024077.1037

2