IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TRUDY BLOUGH, | ) |
| Plaintiff, | ) Civil Action No. 23-1979 <br> ) Magistrate Judge Maureen P. Kelly |
| v. | ) |
| BCD TRAVEL USA, LLC, | ) |
| Defendant. | ) |

**SUMMARY JUDGMENT SCHEDULING ORDER**

AND NOW, this 4th day of August, 2025, IT IS HEREBY ORDERED that:

1) The Joint Statement of Undisputed Facts must be filed by ___9/5/25___.

2) Any Motions for Summary Judgment and Briefs in Support are due ___9/19/25___.

3) Any Response in Opposition to a Motion for Summary Judgment and accompanying Brief in Support must be filed by ___10/17/25___.

4) Any Replies to Responses are due by ___10/31/25___ and shall not exceed five (5) pages. Any Sur-replies are only permitted by leave of Court.

5) Any Motion for Summary Judgment or Brief in Support of or in Opposition to a Motion for Summary Judgment and any Concise Statement of Material Facts or response thereto **must include ECF citations** to the Joint Statement of Undisputed Facts or an Appendix filed on the docket in advance of the particular filing.

6) All Motions for Summary Judgment and Responses thereto, and the parties' Concise Statements of Material Facts and Responses thereto, must comply with Local Civil Rule 56. In addition, all references to evidence made in the parties' respective briefs and statement of

material facts shall be supported by pinpoint ECF citations to the record evidence included in the Appendix.

7) If a Brief or Materials submitted in Support of or in Opposition to a Motion for Summary Judgment are in excess of twenty (20) pages, the filing party is directed to provide the Court with a courtesy hard-copy of the filed copy, which includes the ECF notation at the top of each page.

BY THE COURT:

/s/ Maureen P. Kelly
MAUREEN P. KELLY
UNITED STATES MAGISTRATE JUDGE