IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TRUDY BLOUGH, | : Civil Action No: 2:23-cv-01979 |
| | : Magistrate Judge Maureen P. Kelly |
| Plaintiff, | : |
| | : Re: ECF No. 77 |
| v. | : |
| | : |
| BCD TRAVEL USA, LLC | : |
| | : |
| Defendant. | : |

## ORDER

Upon consideration of the Motion of Plaintiff seeking leave to file documents produced by the Defendant under seal, IT IS HEREBY ORDERED that the Motion is granted and Plaintiff, consistent with the Motion, may submit the exhibits identified as BCD-Blough_012848-49; 003236-39; 014324; 014576; 014955-56; 015284-98; 015544-50; 015601-02; 015586-87; 005305; 005446; 005503-04; 016300-309; 016378-80; 017187; and 017385-386 under seal.

SO ORDERED this 24th day of October, 2025.

BY THE COURT:

*Maureen K. Kelly*
MAUREEN P. KELLY
UNITED STATES MAGISTRATE JUDGE

3460196v2